# WHARTON A, et. al. VS CITY OF ALBUQ

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-202-CV-201006590 | Bacon, C. Shannon | 05/28/2010 | ALBUQUERQUE  District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | ALBUQUERQUE CITY OF (C) |
| | ATTORNEY: LEVY KATHRYN C. | | |
| P | Plaintiff | 1 | WHARTON (PR) ANNELLE |
| | ATTORNEY: CROCKETT CARPENTER FRANCES | | |
| | ATTORNEY: KENNEDY JOSEPH PATRICK | | |
| | ATTORNEY: KENNEDY SHANNON L. | | |
| P | Plaintiff | 2 | HIGGINS RACHEL |
| | ATTORNEY: KENNEDY SHANNON L. | | |
| | ATTORNEY: KENNEDY JOSEPH PATRICK | | |

## CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 05/28/2010 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Wrongful Death, Non-Auto |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| ALBUQUERQUE CITY OF (C) | D | 1 |
| WHARTON (PR) ANNELLE | P | 1 |

## HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 08/16/2012 | 3:00 PM | SCHEDULING CONFERENCE | Bacon, C. Shannon | ALBUQUERQUE | Hearing Room 710 |
| 08/09/2012 | 9:00 AM | MOTION HEARING | Bacon, C. Shannon | ALBUQUERQUE | Hearing Room 710 |
| 08/09/2012 | 9:00 AM | MOTION HEARING | Bacon, C. Shannon | ALBUQUERQUE | Hearing Room 710 |
| 03/28/2012 | 9:00 AM | MOTION HEARING | Bacon, C. Shannon | ALBUQUERQUE | Hearing Room 710 |
| 09/21/2011 | 3:00 PM | MOTION HEARING | Bacon, C. Shannon | ALBUQUERQUE | Courtroom 716 |
| 08/17/2011 | 10:30 AM | SCHEDULING CONFERENCE | Bacon, C. Shannon | ALBUQUERQUE | Courtroom 716 |
| 04/19/2011 | 9:00 AM | MOTION HEARING | Bacon, C. Shannon | ALBUQUERQUE | |
| 10/26/2010 | 9:00 AM | HEARING | Bacon, C. Shannon | ALBUQUERQUE | |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 07/23/2012 | NTC: HEARING (VACATE & RESET) | | | | |
| | NOTICE  VACATING HEARING OF JULY 26, 2012 AND RESCHEDULING HEARING | | | | |
| 07/20/2012 | ORD: ORDER | | P | 2 | |
| | STIPULATED CONFIDENTIALITY AGREEMENT | | | | |
| 07/18/2012 | CERTIFICATE OF SERVICE | | P | 2 | |
| | Certificate of Service for Plaintiffs' Expert Report on K.E. IV on 7-18-2012 | | | | |
| 07/16/2012 | MTN: MOTION | | P | 2 | |
| | Unopposed Motion for Entry of Stipulated Confidentiality Agreement | | | | |
| 06/25/2012 | NTC: OF HEARING | | | | |
| | on Plaintiff's Sixth Motion to Compel Discovery set 8/9/12 @ 9:00 am | | | | |
| 06/15/2012 | SUBPOENA RETURNED | | | | |
| | Subpoena Return for Sergeant James Fox on 6-20-12 | | | | |
| 06/15/2012 | SUBPOENA RETURNED | | | | |
| | Subpoena Return for Detective Johnny Yarra on 6-19-12 | | | | |
| 06/15/2012 | SUBPOENA RETURNED | | | | |
| | Subpoena for Production of Documents to Detective Frank Pezzano on 5-23-12 | | | | |
| 06/15/2012 | SUBPOENA RETURNED | | | | |

EXHIBIT 5 TO PLAINTIFF'S MOTION TO COMPEL

| Date | Event | Party | Count |
|---|---|---|---|
| | Subpoena Return for Detective Frank Pezzano on 6-13-12 | | |
| 06/15/2012 | SUBPOENA RETURNED | | |
| | Subpoena Return for Detective Gerald Roach on 6-13-12 | | |
| 06/15/2012 | SUBPOENA RETURNED | | |
| | Subpoena Return for Detective Jason Morales on 6-19-12 | | |
| 06/15/2012 | SUBPOENA RETURNED | | |
| | Subpoena Return for Detective Jesse Carter on 6-19-12 | | |
| 06/11/2012 | REQUEST FOR HEARING/ SETTING | P | 2 |
| | for Plaintiff's Sixth Motion to Compel Hearing | | |
| 06/11/2012 | MTN: TO COMPEL | P | 2 |
| | Sixth Motion to Compel Discovery & Request for Sanctions | | |
| 06/05/2012 | NTC: OF HEARING | | |
| | Notice of hearing on Plaintiff's Motion to compel discovery from Defendant on 08/09/12 at 9:00 a.m. | | |
| 06/05/2012 | NTC: OF HEARING | | |
| | Notice of hearing on Scheduling Conference on 07/26/12 at 9:45 a.m. | | |
| 05/22/2012 | REQUEST FOR HEARING/ SETTING | P | 2 |
| | On Scheduling Conference | | |
| 05/22/2012 | MTN: MOTION | D | 1 |
| | Joint Motion for Scheduling conference to expand dealines | | |
| 05/21/2012 | DISCOVERY | P | 2 |
| 05/16/2012 | REQUEST FOR HEARING/ SETTING | P | 2 |
| | Plaintiffs Motion with Incorporated Supporting Memorandum to Compel Defendants to Answer Plaintiffs  Request for Production Number Three. | | |
| 05/01/2012 | NTC: COMPLETION OF BRIEFING | P | 2 |
| | On PL's Motion to Compel Production of RFP #3 | | |
| 02/20/2012 | REPLY | P | 2 |
| 02/17/2012 | WITHDRAWAL/ ENTRY/ SUBSTITUTION OF COUNSEL | | |
| | by Charles R Peifer and Lauren Keefe representing Albuquerque Journal | | |
| 02/13/2012 | WITNESS LIST | P | 2 |
| 02/09/2012 | NTC: OF HEARING | P | 2 |
| | Notice of hearing on pls fifth motion to compel discovery on 03/28/12 @ 9:00 am | | |
| 02/07/2012 | RESPONSE | D | 1 |
| | Response to Motion to Compel Response to Plaintiff's Third Request for Production | | |
| 02/07/2012 | DISCOVERY | D | 1 |
| 02/03/2012 | REQUEST FOR HEARING/ SETTING | P | 2 |
| | <fifth> Motion to Compel discovery | | |
| 01/30/2012 | DISCOVERY | P | 2 |
| 01/27/2012 | NTC: COMPLETION OF BRIEFING | P | 2 |
| | Notice of Completion of Briefing on Plaintiff's Fifth Motion to Compel Discovery | | |
| 01/27/2012 | REPLY | P | 2 |
| | Plaintiff's Reply to Defendant's Response to Plaintiff's Fifth Motion to Compel Discovery | | |
| 01/24/2012 | RESPONSE | D | 1 |
| | to Fifth Motion to Compel | | |
| 12/13/2011 | REQUEST FOR HEARING/ SETTING | P | 2 |
| | on Pl's motion to enforce stipulated order and for sanctions | | |
| 12/13/2011 | MTN: MOTION | P | 2 |
| | to Enforce Stipulated Order and for Sanctions | | |
| 12/07/2011 | MTN: TO COMPEL | P | 2 |
| | Fifth | | |
| 10/18/2011 | ANSWER | D | 1 |
| | Defendants' answer to Plaintiffs' complaint for civil rights violations | | |
| 10/14/2011 | WITNESS LIST | P | 2 |
| | Plaintiffs' witness list | | |
| 10/13/2011 | ORD: FOR CONSOLIDATION | | |
| | all pleadings to be filed in CV 10-6590 | | |

| Date | Event | Party | # |
|---|---|---|---|
| 09/30/2011 | DISCOVERY | D | 1 |
| 09/29/2011 | AMENDED ANSWER | D | 1 |
| | to first amended complaint | | |
| 09/29/2011 | ANSWER | D | 1 |
| | Defendant's answer to first amended complaint for wrongful death due to negligent hiring, retention, and training, and negligent battery against City of Albuquerque | | |
| 09/29/2011 | ORD: ORDER GRANTING | | |
| | Motion by Albuquerque Journal to Unseal Plaintiffs' First Amended Complaint | | |
| 09/27/2011 | NTC: OF INTENT | P | 2 |
| | Notice of intent to take default | | |
| 09/12/2011 | REQUEST FOR HEARING/ SETTING | P | 1 |
| | Request for hearing on Plaintiff's Motion to consolidate cause no. CV-2011-6160 with casue no. CV-2010-6590 | | |
| 09/12/2011 | MTN: TO CONSOLIDATE | P | 1 |
| | Plaintiff's Motion to consolidate | | |
| 09/08/2011 | NTC: OF HEARING | | |
| | On Motion by ABQ Journal to Unseal PL's First Amended Complaint on 09-21-11 @ 3:00 pm | | |
| 08/24/2011 | NTC: NOTICE | | |
| | Notice of completion of briefing | | |
| 08/22/2011 | REPLY | P | 2 |
| | Plaintiffs' reply to Defendant's response to Motion by Albuquerque Journal to unseal Plaintiffs' first amended complaint | | |
| 08/22/2011 | REPLY | | |
| | Albuauerque Journal's reply briefi in support of its Motion to unseal Plaintiffs' first amended complaint | | |
| 08/22/2011 | NTC: NOTICE | | |
| | Notice of completion of briefing | | |
| 08/19/2011 | DISCOVERY | P | 2 |
| 08/18/2011 | SCHEDULING ORDER | P | 2 |
| | Rule 1-016 NMRA Pretrial Scheduling Order (Jury) Trial Date 08-20-12 | | |
| 08/04/2011 | RESPONSE | D | 1 |
| | Defendant's response to motion by Albuquerque Journal to unseal plaintiffs first amended complaint | | |
| 07/25/2011 | REQUEST FOR HEARING/ SETTING | P | 2 |
| | and Albuquerque Journal on Motion to Unseal PLS First Amended Complaint | | |
| 07/13/2011 | REQUEST FOR HEARING/ SETTING | P | 2 |
| | on Motion to Compel Discovery from Df | | |
| 07/13/2011 | MTN: MOTION | P | 2 |
| | Plaintiff's Motion with Incorporated Supporting Memorandum to Compel Discovery from Defendant | | |
| 07/08/2011 | ORD: STIPULATED | P | 2 |
| | Stipulated order adopting the parties' resolution of Plaintiff's Motion to show cause | | |
| 07/07/2011 | MTN: JOIN | P | 2 |
| | in the Motion filed by the Albuquerque Journal to Unseal Pl's First Amended Complaint and to Modify the Confidentiality Orer and Memorandum of Law in support thereof | | |
| 07/07/2011 | REQUEST FOR HEARING/ SETTING | P | 2 |
| | Request for hearing on pls motion to join in the motion filed by the Albq Journal to unseal pls first amended complaint and to modify the confidentiality order and memorandum of law in support thereof and motion by Albu Journal to unseal pls first amended compaint | | |
| 07/06/2011 | NTC: NOTICE | P | 2 |
| | Notice of Change of Address | | |
| 07/05/2011 | MEMORANDUM IN SUPPORT | | |
| | of Motion by Albuquerque Journal to Unseal Plaintiffs First Amended Complaint | | |
| 07/05/2011 | ENTRY OF APPEARANCE | | |
| | Entry and Notice of Limited Appearance for Albuquerque Journal <sic> | | |
| 07/05/2011 | REQUEST FOR HEARING/ SETTING | D | 1 |
| | on Motion by Albuquerque Journal to Unseal Pl's First Amended Complaint | | |
| 07/01/2011 | MTN: MOTION | | |
| | by Albuquerque Journal to Unseal Plaintiff's first Amended Complaint | | |
| 06/17/2011 | NTC: OF HEARING | | |
| | Notice of hearing on Rule 16 Scheduling Conference on 08/17/11 at 10:30 a.m. | | |
| 06/16/2011 | REQUEST FOR HEARING/ SETTING | P | 1 |
| | on Rule 16 Scheduling Conference | | |
| 06/15/2011 | AMENDED COMPLAINT | P | 2 |

| Date | Event | Description |
|---|---|---|
| | | First Amended Complaint for Wrongful Death Due to Negligent Hiring, Retention, and Training, and Negligent Battery Against the City of Albuquerque |
| 06/15/2011 | ORD: ORDER | P    1 |
| | | Order Granting Plaintiffs' Stipulated Motion to Conditionally Seal Plaintiffs' First Amended Complaint |
| 05/26/2011 | CERTIFICATE OF SERVICE | |
| | | FILING CERTIFICATE OF SERVICE OF NOTICE OF UNAVAILABILITY AN AND CERTIFICATE OF SERVICE TO PARTIES (PLS) |
| 05/10/2011 | NTC: HEARING (CIVIL) | |
| | | FILING NOTICE OF HEARING OF MOTIN FOR SANCTIONS AGAINST TH CITY OF ALBQ AND BRIEF IN SUPPORT SET 07-07-11 AT 2:30 PM |
| 05/03/2011 | NTC: NOTICE | |
| | | FILING NOTICE OF COMPLETION OF BRIEFING (PL) |
| 04/27/2011 | ORD: ORDER | |
| | | FILING ORDER GRANTING PL MOTION TO COMPEL DIRECTING COURT ADMINISTRATOR TO PRODUCE EVIDENCE PRESENTED TO GRAND JURY AND DISCLOSE QUESTIONS ASKED OF WITNESSES, MATERIALS PRODUCED SUBJECT OF AN ORDER OF CONFIDENTIALITY |
| 04/26/2011 | CERTIFICATE OF SERVICE | |
| | | FILING CERTIFICATE OF SERVICE OF NOTICE OF UNAVAILABILITY TO DF (PL) |
| 04/13/2011 | SUBPOENA RETURNED | |
| | | FILING SUBPOENA DUCE TECUM RETURNED SERVED TO TRINA M CASADOS FOR AMY B BAILEY ON 04-08-11 <NO FEE POSTED> (PLS) |
| 04/13/2011 | SUBPOENA RETURNED | |
| | | FILING SUBPOENA DUCE TECUM RETURNED SERVED TO DET BRETT LAMPRIS-TREMBA ON 04-05-11 <NO FEE POSTED> (PL) |
| 04/13/2011 | SUBPOENA RETURNED | |
| | | FILING SUBPOENA DUCES TECUM  RETURNED SERVED TO BYRON "TREY" ECONOMIDY ON 04-04-11 <NO FEE POSTED> (PLS) |
| 04/13/2011 | SUBPOENA RETURNED | |
| | | FILING SUBPOENA RETURNED SERVED TO WILLIAM W DEATON ON 04-05-11 <NO FEE POSTED> (PLS)        DSSSSSSSSSS |
| 04/13/2011 | SUBPOENA RETURNED | |
| | | FILING SUBPOENA RETURNED SERVED TO SGT GARY BARBOA ON 03-31-11 <NO FEE POSTED) (PLS) |
| 04/13/2011 | SUBPOENA RETURNED | |
| | | FILING SUBPOENA DUCES TECUM RETURNED SERVED TO JASON MORALES ON 03-31-11 <NO FEE POSTED> (PLS) |
| 04/13/2011 | SUBPOENA RETURNED | |
| | | FILING SUBPOENA DUCES TECUM RETURNED SERVED TO PSA JIMMIE HERNANDEZ FOR DET GERALD ROACH ON 03-31-11 <NO FEE POSTED> (PLS) |
| 04/13/2011 | SUBPOENA RETURNED | |
| | | FILING SUBPOENA RETURNED SERVED TO RICHARD DONAGHE ON 03-31-11 <NO FEE POSTED> (PLS) |
| 04/04/2011 | REPLY | |
| | | FILING PLAINTIFF'S REPLY TO THE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL THE SECOND JUDICIAL DISTRICT COPURT TO RESPOND TH PLAINTIFF'S SUBPOENA <ATTACHMENTS> (PL) |
| 03/30/2011 | REQUEST FOR HEARING/ SETTING | |
| | | FILING REQUEST FOR HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS AGAINST THE CITY OF ALBUQUERQUE AND BRIEF IN SUPPORT THEREOF (PL) |
| 03/30/2011 | MTN: MOTION | |
| | | FILING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST THE CITY OF ALBUQUERQUE AND BRIEF IN SUPPORT THEREOF <ATTACHMENTS> (PL) |
| 03/25/2011 | DISCOVERY | |
| | | FILING CERTIFICATE OF SERVICE OF DF'S RESPONSE TO THIRD REQUEST FOR PRODUCTION AND CERTIFICATE OF SERVICE TO PL (DF) |
| 03/18/2011 | RESPONSE | |
| | | FILING RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL THE SECOND JUDICIAL DISTRICT COURT TO RESPOND TO PLAINTIFF'S SUBPOENA (DFS) |
| 03/18/2011 | ENTRY OF APPEARANCE | |
| | | FILING ENTRY OF APPEARANCE BY DAVID TOUREK ON BEHALF OF DF DF (DF) |
| 03/15/2011 | ORD: APPOINTING GUARDIAN AD LITEM | |
| | | FILIGN ORDER ON PLAINTIFF'S STIPULATED MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM- RACHEL E HIGGINS APPOINTED |
| 03/15/2011 | NTC: HEARING (CIVIL) | |
| | | FILING NOTICE OF EHARING ON PLAINTIFF'S MOTION TO COMPEL THE SECOND JUDICIAL DISTRICT COURT TO RESPOND TO PLAINTIFF'S SUBPOENA SET 4/19/11 @ 9:00 AM |
| 03/14/2011 | MTN: APPOINTMENT OF GUARDIAN AD LITEM | |
| | | FILING PLAINTIFF'S STIPULATED MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM (PL) |
| 02/24/2011 | DISCOVERY | |
| | | FILING CERTIFICATE OF SERVICE OF PL'S THIRD REQUEST FOR PRODUCTION AND CERTIFICATE OF SERVICE TO DF (PL) |
| 12/22/2010 | REQUEST FOR HEARING/ SETTING | |
| | | FILING REQUEST FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL THE SECOND JUDICIAL DISTRICT COURT TO RESPOND TO PLAINTIFF'S SUBPOENA (PL) |
| 12/22/2010 | MTN: TO COMPEL | |

| | | |
|---|---|---|
| | | FILING PLAINTIFF'S MOTION TO COMPEL THE SECOND JUDICIAL DISTRICT COURT TO RESPOND TO PLAINTIFF'S SUBPOENA <ATTACHMENTS> (PL) |
| 12/13/2010 | ORD: ORDER | |
| | | FILING CONFIDENTIALITY ORDER ORDERING OUTLINED DOCUMENTS BE PRODUCED AS OUTLINED; DIRECTING COUNSEL KEEP ALL PRODUCED RECORDS CONFIDENTIAL AS OUTLINED |
| 12/13/2010 | SUBPOENA RETURNED | |
| | | FILING SUBPOENA FOR PRODUCTION OF DOCUMENTS RETURNED SERVED MANNIE AMAYA ON BEHALF OF JUANITA M DURAN ON 12-08-2010 <NO FEE POSTED> (ELIGIBLE) |
| 10/19/2010 | ENTRY OF APPEARANCE | |
| | | FILING ENTRY OF APPEARANCE BY FRANCES CROCKETT CARPENTER ON BEHALF OF PL --FAX |
| 10/13/2010 | NTC: HEARING (CIVIL) | |
| | | FILING NOTICE OF HEARING OF IN CAMERA REVIEW/PRIVILEGE LOG SET 10-26-10 AT 1:30 PM |
| 09/30/2010 | CERTIFICATE OF SERVICE | |
| | | FILING CERTIFICATE OF SERVICE OF NOTICE OF UNAVAILABILITY TO COUNSEL FOR DF -FAX <ATTACHMENT> (PL) |
| 09/10/2010 | ORD: ORDER | |
| | | FILING ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL ANSWERS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO REPONDEDNT CITY OF ALBUQUERQUE AND BRIEF IN SUPPORT THEREOF |
| 08/16/2010 | NTC: HEARING (CIVIL) | |
| | | FILING NOTICE OF HEARING ON PL'S MOTION TO COMPEL DISCOVERY ON 08/31/10 @ 1:30 PM |
| 08/16/2010 | RESPONSE | |
| | | FILING DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL (DF) |
| 08/05/2010 | JDG: JUDGE ASSIGN | |
| | RECUSAL | |
| | | FILING NOTICE OF JUDGE ASSIGNMENT; CASE ASSIGNED TO JUDGE SHANNON BACON (SEC B); NOTICE MAILED 8/5/10 (CLERK) |
| 08/04/2010 | JDG: JUDGE RECUSAL | |
| | | FILING NOTICE OF RECUSAL BY JUDGE BEATRICE BRICKHOUSE (SEC C) |
| 07/30/2010 | REQUEST FOR HEARING/ | |
| | SETTING | |
| | | FILING REQUEST FOR HEARING ON PLS MOTION TO COMPEL DISCOVERY (PLS) |
| 07/30/2010 | MTN: TO COMPEL | |
| | | FILING PLAINTIFF'S MOTION TO COMPEL ANSWERS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO RESPONDENT CITY OF ALBUQUERQUE AND BRIEF IN SUPPORT THEREOF <ATTACHMENT> (PLS) |
| 07/21/2010 | DISCOVERY | |
| | | FILING CERTIFICATE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT CITY OF ALBUQUERQUE (PL) |
| 07/19/2010 | SUBPOENA RETURNED | |
| | | FILING SUBPOENA DUCES TECUM TO CYNTHIA WILSON ON 7-16-2010 <NO FEE POSTED> (PL) |
| 07/13/2010 | DISCOVERY | |
| | | FILING CERTIFICATE OF SERVICE OFF RESPONSES TO FIRST REQUEST FORR PODUCTION TO COUNSEL FFOR PL (DF) |
| 06/28/2010 | JURY DEMAND 12 PERSON | |
| | | FILING JURY DEMAND $300.00 FEE PAID <ATTACHMENT> (DF) |
| 06/28/2010 | ANSWER                                      D                         1 | |
| | | ANSWER TO COMPLAINT FOR WRONGFUL DEATH DUE TO BATTERY & NEGLIGENT BATTERY AGAINST CITY OF ALBUQUERQUE |
| 06/28/2010 | ENTRY OF APPEARANCE | |
| | | FILING ENTRY OF APPEARANCE BY KATHRYN LEVY ON BEHALF OF DF |
| 06/01/2010 | SUMMONS RETURN | |
| | | FILING SUMMONS RETURNED SERVED TRINA M CASADOS FOR DF CITY OF ALBUQ ON 05/28/10 <NO FEE POSTED> (PL) |
| 05/28/2010 | DISCOVERY | |
| | | FILING CERTIFICATE OF SERVICE OF PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO RESPONDENT CITY OF ABQ (PL) |
| 05/28/2010 | ARB: CERT NOT SUBJECT | |
| | | FILING COURT-ANNEXED ARBITRATION CERTIFICATE (PL) |
| 05/28/2010 | SUMMONS ISSUED | |
| 05/28/2010 | OPN: COMPLAINT | |
| | | FILING COMPLAINT FOR WRONGFUL DEATH DUE TO BATTERY & NEGLIGENT BATTERY AGAINST CITY OF ALBUQUERQUE |
| 05/28/2010 | CASE TYPE CHANGED | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 05/28/2010 | Brickhouse, Beatrice J. | 1 | INITIAL ASSIGNMENT |
| 05/28/2010 | Brickhouse, Beatrice J. | 2 | Case Type Changed |
| 08/05/2010 | Bacon, C. Shannon | 3 | Judge Recused |