IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KRYSTAL BELL, as Personal Representative of
JACOB ADAM MITSCHELEN, Deceased,

        Plaintiff,

      vs.                                          Civ. No. 11-907 JCH/ACT

BYRON "TREY" ECONOMIDY III,
in his individual capacity, and
CITY OF ALBUQUERQUE,

        Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** came before the Court for a Rule 16 Discovery Status Conference on August 13, 2012.  Paul Kennedy and Arne Leonard appeared on behalf of the Plaintiff.  No one appeared on behalf of the Defendants.  The Docket Entry scheduling the Rule 16 Discovery Status Conference was entered on August 8, 2012 (Doc. No. 33).  A copy of the docket entry was electronically mailed to Kathryn Levy, counsel for Defendants.  The Court received no communication from Ms. Levy regarding the Status Conference.

**IT IS HEREBY ORDERED** that counsel for Defendants, Kathryn Levy, appear at **1:30 p.m., on Wednesday, August 15, 2012**, in the Gila Courtroom, fifth floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd., NW,  Albuquerque, New Mexico, to show cause why she or the Defendants should not be sanctioned for failing to appear for the Status Conference on August 13, 2012.  Counsel for Plaintiff must also appear at the hearing so the Court can address with counsel for all parties the status of discovery and whether or not to reschedule the Rule 16 Settlement Conference.

                                      _____
                                      ALAN C. TORGERSON
                                      United States Magistrate Judge