IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KRYSTAL BELL, as Personal Representative of**
**JACOB ADAM MITSCHELEN, Deceased,**

      **Plaintiff,**

      vs.                                               Civ. No. 11-907 JCH/ACT

**BYRON "TREY" ECONOMIDY III,**
**in his individual capacity, and**
**CITY OF ALBUQUERQUE,**

      **Defendants.**

## ORDER

**THIS MATTER** comes before the Court for a hearing on the Second Order to Show Cause on August 23, 2012. [Doc. 40]. Arne Leonard appeared for the Plaintiff. Kathryn Levy and David Tourek appeared for the Defendants. The circumstances leading up to the Second Order to Show Cause are set out in detail in that Order [*Id.* ]. Ms. Levy apologized to the Court and Mr. Leonard for her failure to appear at the previous hearings. Ms. Levy and Mr. Tourek outlined the steps that have been taken to prevent a similar occurrence in the future. Ms. Levy and Mr. Tourek were advised that should Ms. Levy or other counsel for the City of Albuquerque fail to appear for hearings in the future, sanctions **will** be imposed.

**IT IS THEREFORE ORDERED** that the First Order to Show Cause [Doc. 36] and the Second Order to Show Cause [Doc. 40] are withdrawn.

                                                      _____
                                                    **ALAN C. TORGERSON**
                                                    **UNITED STATES MAGISTRATE JUDGE**