IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Alan C. Torgerson, United States Magistrate Judge

**Clerk's Minutes**

**CASE TITLE:** Bell v. Economidy          **DATE:** August 23, 2012

**CASE NO.:**   11cv907 - JCH/ACT

**COURTROOM CLERK:**   Nancy Stratton      **REPORTER:** N/A

**PROCEEDINGS COMMENCED:**   1:30 p.m.     **COURT IN RECESS:** 2:08 p.m.

**PLAINTIFF'S ATTORNEY PRESENT:**          **DEFENDANTS' ATTORNEYS PRESENT:**

Arne Leonard                               Kathryn Levy
                                           David Tourek

**TYPE OF PROCEEDING:**   Hearing to Show Cause

**COURT'S RULING(S):**

  1. Order to Show Cause is taken under advisement.

  2. Case Management deadlines are amended as follows:

     a) Termination date for discovery:                                October 19, 2012

     b) Motions relating to discovery to be filed by:                  October 29, 2012

     c) Pretrial motions other than discovery motions
        (including motions which may require a
        Daubert hearing) filed by:                                     November 9, 2012

  3. A Rule 16 Settlement Conference is scheduled for **December 20, 2012, at 9:30 a.m.**

  4. The briefing on Plaintiff's Motion to Compel (Doc. No. 31) is stayed pending resolution.

Counsel for Plaintiff is to report on the status of the issues in dispute by September 7, 2012.

**PROCEEDINGS:**

Court in Session:       1:30

1:30   Court summarizes history leading up to Second Order to Show Cause.

1:39   Ms. Levy addresses the Court.

1:47   Court addresses Ms. Levy and Mr. Tourek.

1:52   Mr. Tourek addressed Court.

1:57   Court addresses Mr. Tourek and Ms. Levy

1:58   Mr. Leonard addresses the Court.

2:00   The Court addresses the Joint Motion to Extend Deadlines and discovery.  New case management deadlines were established and the Rule 16 Settlement Conference was rescheduled.

2:08   Court in recess.