IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KRYSTAL BELL, as personal representative**
**Of JACOB ADAM MITSCHELEN, deceased,**

      **Plaintiff,**

**v.**                                    **No. CIV-11-0907 JCH/LAM**

**CITY OF ALBUQUERQUE,**

      **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's sealed *Proposed Findings and Recommended Disposition (Doc. 82)*, filed on August 6, 2014. The parties have waived their objections to the PF&RD. *See* [*Docs. 83* and *84*].

**IT IS THEREFORE ORDERED** that the Magistrate Judge's sealed *Proposed Findings and Recommended Disposition (Doc. 82)* is **ADOPTED**, the *Joint Motion for Fairness Hearing (Doc. 76)* is **GRANTED** and the settlement is **APPROVED**.

**IT IS SO ORDERED**.

                                              _____
**THE HONORABLE JUDITH C. HERRERA**
**UNITED STATES DISTRICT JUDGE**